IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUINTINA CHENEAU PLATT, | |
|     Appellant/Debtor, | CIVIL ACTION FILE |
|     v. | NO. 1:16-CV-0103-SCJ |
| | |
| | BANKRUPTCY CASE |
| MARY IDA TOWNSON | NO. 15-69766-BEM |
|     Appellee. | |

## **ORDER**

This civil action is before the Court on its Order of January 26, 2016 directing Appellant Quintina Cheneau Platt to pay the appeal fee to the Bankruptcy Court or file an application to proceed *in forma pauperis* [Doc. No. 2].  The Court's docket reflects that Appellant's copy of this Order was returned to the Clerk by the United States Postal Service on February 24, 2016 as undeliverable and marked "Unable to Forward" [Doc. No. 5].  Local Rule 41.2C, NDGa, states that "the failure . . . of a party appearing pro se to keep the clerk's office informed of any change in address . . . which causes a delay or otherwise adversely affects the management of the case shall constitute grounds . . . for dismissal . . . .".

    Appellant is therefore **ORDERED** to notify the Clerk of her current address or show cause in writing why this action should not be dismissed pursuant to Local Rule 41.2C, NDGa, within twenty (20) days of the entry of this Order.  The Clerk

is **DIRECTED** to submit this matter to the undersigned upon expiration of the time allowed for Appellant's response.

    **IT IS SO ORDERED**, this 25th day of February, 2016.

                                         s/Steve C. Jones
                                         STEVE C. JONES
                                         UNITED STATES DISTRICT JUDGE